UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EARLENE JENKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 03-CV-4007-JPG ) |
| MICHAEL D. YAGER and MID AMERICA DIRECT, INC., | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation For Dismissal signed by all parties indicating that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   September 29, 2006

NORBERT JAWORSKI, CLERK

By:s/Deborah Agans
Deputy Clerk


APPROVED: s/ J. Phil Gilbert
U. S. DISTRICT JUDGE